**Order entered February 12, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01041-CR**
**No. 05-13-01042-CR**
**No. 05-13-01043-CR**

**ANTHONY HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53911-V, F12-53671-V, F12-54044-V**

## ORDER

The Court **REINSTATES** the appeals.

On January 14, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 11, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the January 14, 2014 order requiring findings.

We **GRANT** the February 11, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** court reporter Donna Hill-Wynkoop to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 30, a CD.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in the cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the costs or the officer who is entitled to receive payment for the costs.* We further **ORDER** that the supplemental clerk's records include documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: Donna Hill-Wynkoop, Deputy Official Court Reporter, 292nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE